AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST |
|---|---|---|---|---|---|
| V. | | | | | |
| JOHNNIE MARTIN | | | | | Case Number:  04-218-JLA |

| PRESIDING JUDGE Charles B. Swartwood, III | | | PLAINTIFF'S ATTORNEY CONNOLLY | | DEFENDANT'S ATTORNEY SOROKIN |
|---|---|---|---|---|---|
| TRIAL DATE (S) 6/17/2004 | | | COURT REPORTER | | COURTROOM DEPUTY Roland |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | Witnesses |
| | | 6/17/2004 | | | Agent Robert White |
| | | | | | Joseph Cummings |
| | | | | | Exhibits |
| 3 | | 6/17/2004 | X | X | Conviction |
| 3a | | 6/17/2004 | X | X | Docket Printout from |
| 3b | | 6/17/04 | X | X | Recall of Warrant |
| 7 | | 6/17/04 | X | X | Conviction from 1997-Motor Vehicle Offense |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages